IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-01613-CMA-BNB | Date: November 16, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ROBERT DARROW, and individually and on behalf of other similarly situated persons RICHARD McVEY, | Mark Potashnick |
| Plaintiff(s), | |
| v. | |
| WKRP MANAGEMENT, LLC, WKRP COLORADO PP, LLC, WKRP COLORADO, LLC, and WKRP HOLDINGS, LLC, | Brian LaFratta |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:     2:29 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendants' motion to alter case scheduling order [doc #35; filed 10/15/09] is granted as stated on the record.**
**The case schedule is modified as follows:**
**Deadline for plaintiffs to submit to defendants a proposed notice of action and to opt-in: October 21, 2009**
**Deadline for defendants to submit to plaintiffs  proposed modifications to the notice of action and opt-in:   November 4, 2009**
**Deadline to file proposed notice of action and to opt-in**: **November 18, 2009**
**Deadline for collective action plaintiffs to opt-in**: **February 19, 2010 are**

        **vacated.**
        **Deadline to file motion to conditionally certify collective action: January 4, 2010.**
        **The status conference is vacated.**

Court in Recess        3:19 p.m.        Hearing concluded.    Total time in Court:    00:50

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.