IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01613-CMA-BNB

ROBERT DARROW, individually and on behalf of other similarly situated persons,

Plaintiff,

v.

WKRP MANAGEMENT, LLC,
WKRP COLORADO PP, LLC,
WKRP COLORADO, LLC, and
WKRP HOLDINGS, LLC,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) Plaintiff's **Motion for Leave to Amend Complaint** [Doc. # 92, filed 7/21/2010] (the "Motion to Amend");

(2) **Defendants' Motion for Extension of Time to Respond to Plaintiffs' Written Discovery Requests, Or, In the Alternative, to Stay Discovery** [Doc. # 93, filed 7/22/2010] (the "Motion to Stay"); and

(3) **Joint Motion to Vacate Deadlines Established By the Scheduling Order** [Doc. # 85, filed 6/11/2010] (the "Motion to Vacate Schedule").

Also pending is:

(4) **Defendants' Motion to Dismiss Plaintiffs' Amended Complaint** [Doc. # 82, filed 5/25/2010] (the "Motion to Dismiss").

I held a hearing on the motions yesterday and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend [Doc. # 92] is GRANTED. The Clerk of the Court shall accept for filing the Second Amended Complaint [Doc. # 92-1]. The defendants shall answer or otherwise respond to the Second Amended Complaint on or before **September 13, 2010**.

IT IS FURTHER ORDERED that the Motion to Stay [Doc. # 93] is GRANTED to allow the defendants to respond to the pending discovery on or before **September 8, 2010**, and DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion to Vacate Schedule [Doc. # 85] is GRANTED. All previous deadlines established in the Scheduling Order are VACATED. I will enter a new case schedule, if appropriate, after the filing of an answer or a ruling by the district judge on a motion to dismiss the Second Amended Complaint.

IT IS FURTHER ORDERED that the plaintiff shall file a status report within 10 days of the defendant's answer or a ruling by the district judge on a motion to dismiss the Second Amended Complaint informing me of the event and addressing any pretrial proceedings to be scheduled.

IT IS FURTHER ORDERED that the Motion to Dismiss [Doc. # 82] is DENIED AS MOOT and without prejudice in view of the filing of the Second Amended Complaint.

Dated August 10, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge