IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01613-CMA-BNB

ROBERT DARROW, individually and on behalf of other similarly situated persons,

Plaintiff,

v.

WKRP MANAGEMENT, LLC,
WKRP COLORADO PP, LLC,
WKRP COLORADO, LLC, and
WKRP HOLDINGS, LLC,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Joint Status Report and Proposed Case Plan and Schedule** [Doc. # 117, filed 1/21/2011]. I held a status conference this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) Any stay of discovery is LIFTED, and discovery may proceed subject to the limits established in the Scheduling Order [Doc. # 29];

(2) The following case schedule is established:

• Deadline to file motion t conditionally certify collective action and proposed notice: 30 days after Pizza Hut files its answer

• Deadline to file motion to certify class pursuant to Rule 23 and proposed notice: 30 days after end of FLSA opt-in period or 30 days after Pizza Hut files its answer, whichever is later

• Fact discovery cut-off: 120 days after end of FLSA opt-in period

>or 120 days after end of Rule 23 opt-out period, whichever is later
>
>• Deadline to designate experts and provide opposing counsel with all information specified in Rule 26(a)(2):  30 days after fact discovery cut-off
>
>• Deadline to designate rebuttal experts and provide opposing counsel with all information specified in Rule 26(a)(2):  30 days after deadline to designate experts and provide opposing counsel with all information specified in Rule 26(a)(2)
>
>•  Expert discovery cut-off:  30 days after deadline to designate rebuttal experts and provide opposing counsel with all information specified in Rule 26(a)(2)
>
>• Dispositive motion deadline:  45 days after expert discovery cut-off
>
>• Deadline to file motion to decertify collective action: 45 days after expert discovery cut-off; and

(3)     Within ten days after any ruling by the district judge on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint [Doc. # 106], the parties shall file a status report informing me of the effect of the ruling on the case and, if appropriate, requesting a status conference to review the case schedule and set a final pretrial conference.

Dated February 3, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge