IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01613-CMA-BNB

ROBERT DARROW, individually and on behalf of other similarly situated persons,

Plaintiff,

v.

WKRP MANAGEMENT, LLC,
WKRP COLORADO PP, LLC,
WKRP COLORADO, LLC, and
WKRP HOLDINGS, LLC,

Defendants.
_____

**ORDER**
_____

IT IS ORDERED that the Scheduling Order [Doc. # 29] is modified to the following

extent:

• **August 4, 2011**: Deadline for defendants to respond to Plaintiff's Motion for

Conditional Certification;

• **August 18, 2011**: Deadline for plaintiff to reply in support of his Motion for

Conditional Certificaton;

• **November 30, 2011**: Deadline to file motion to certify class pursuant to Rule 23 and

proposed notice, if applicable;

• **January 16, 2012**: Deadline to designate experts and provide opposing counsel with all

information specified in Rule 26(a)(2);

• **February 20, 2012**: Deadline to designate rebuttal experts and provide opposing counsel with all information specified in Rule 26(a)(2);

• **April 16, 2012**: Discovery cut-off;

• **May 9, 2012**: Dispositive motion deadline;

• **May 9, 2012**: Deadline to file motion to decertify collective action, if applicable; and

• A final pretrial conference will be held in this case on **May 30, 2012, at 9:00 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **May 23, 2012.**

Dated July 11, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge