IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01613-CMA-BNB

ROBERT DARROW, individually and on behalf of other similarly situated persons,

Plaintiff,

v.

WKRP MANAGEMENT, LLC,
WKRP COLORADO PP, LLC,
WKRP COLORADO, LLC, and
WKRP HOLDINGS, LLC,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Joint Motion to Vacate or Extend Existing Deadlines** [Doc. # 161, filed 1/6/2012] (the "Motion"), which is GRANTED.

Plaintiffs' Renewed Motion for Conditional Collective Action Certification [Doc. # 127] is pending. I am informed that a ruling on that motion "will greatly affect both side's strategy in this litigation"; "the scope and the time required for fact discovery"; and whether experts are engaged. Motion [Doc. # 161] at ¶5. In addition, the Motion is jointly made.

IT IS ORDERED:

(1) The Motion [Doc. # 161] is GRANTED;

(2) All current deadlines are VACATED pending the resolution of the Renewed Motion for Conditional Collective Action Certification; and

(3) The parties shall file a status report within ten days after the determination of the Renewed Motion for Conditional Collective Action Certification addressing the status of the case and all additional pretrial matters which should be scheduled.

Dated January 24, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge