**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01613-CMA-BNB

ROBERT DARROW, individually and on behalf of other similarly situated persons,

    Plaintiff,

v.

WKRP MANAGEMENT, LLC,
WKRP COLORADO PP, LLC,
WKRP COLORADO, LLC, and
WKRP HOLDINGS, LLC,

    Defendants.

---

**ORDER ON PARTIES' MOTIONS TO RESTRICT DOCUMENTS**

---

    This matter is before the Court on the parties' Joint Motion To File Settlement Agreement and Supporting Declarations Under Seal (Doc. # 197) and Joint Motion To Lower Restriction Level of Documents (Doc. # 198).  The Court being fully advised in the premises, hereby GRANTS both motions.  It is hereby

    ORDERED that Doc. # 197 is GRANTED, and the parties are granted leave to file their Settlement Agreement and the Declarations of Richard M. Paul III and Mark Potashnick under seal.  It is

    FURTHER ORDERED that Doc. # 198 is GRANTED, and the parties' Settlement Agreement and Supporting Declarations, previously filed under seal at RESTRICTED LEVEL 3 (Doc. # 195), shall now be filed under seal at **RESTRICTED LEVEL 1**.

    DATED:  September __06__, 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge